IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

```
_____
                               )
GRAND HOLDINGS, INCORPORATED,  )
                               )
         Plaintiff,            )
                               )
v.                             )    Civil Action No. 06-0097
                               )
NEW WORLD TOURS,               )
INCORPORATED, et al.,          )
                               )
         Defendants.           )
_____)
```

**ORDER**

This matter comes before the Court on Third-party Defendant Green Bay Packers, Inc.'s (Green Bay) Motion to Dismiss and Motion to Continue Pretrial Conference. In their opposition to Green Bay's Motion to Dismiss, Third-party Plaintiffs request, in the alternative, leave to file an amended third-party complaint. It appearing to the Court that the interests of justice, Fed. R. Civ. P. 15(a), favor Third-party Plaintiffs' request, it is hereby

ORDERED that Third-Party Plaintiffs' request for leave to file an amended third-party complaint is GRANTED and Third-Party Plaintiffs shall have fourteen (14) days to file an amended third-party complaint. It is further ORDERED that Green Bay's Motion to Dismiss is DENIED as moot and Green Bay's Motion to Continue Pretrial Conference is CONTINUED to May 12, 2006, at

10:00 a.m. before Magistrate Judge Liam O'Grady.

                                                                /s/
                                        _____
                                        CLAUDE M. HILTON
                                        UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
May 5, 2006